6 So.2d 905
**Henry FORD v. CITY OF SCOTTSBORO.**
8 Div. 219.

Court of Appeals of Alabama.
Feb. 3, 1942.

H. T. Foster, of Scottsboro, for appellant.

Proctor & Snodgrass, of Scottsboro, for appellee.

RICE, Judge.
Affirmed.

5 So.2d 846
**Robert D. FORD v. STATE.**
7 Div. 623.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

8 So.2d 901
**Ananias FOSTER v. STATE.**
6 Div. 934.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

1 So.2d 43
**Cliff FOUNTAIN v. STATE.**
8 Div. 95.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

3 So.2d 920
**Price FOUST v. STATE.**
8 Div. 90.

Court of Appeals of Alabama.
May 27, 1941.

Rehearing Stricken June 17, 1941.

F. S. Parnell, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 43
**Alvin FRANKS v. STATE.**
8 Div. 52.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.